UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
CHAIM SCHWARTZ,                                    :
                        Plaintiff,      :      Case No.:  CV 23-566

v.                                                 :
                                                    **NOTICE OF REMOVAL**

ENHANCED RECOVERY COMPANY, LLC        :
d/b/a ERC,
                                                    :

                        Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       Defendant, Enhanced Recovery Company, LLC ("ERC"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1441, 1446, hereby files its Notice of Removal of this action from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York, on the following grounds:

       1.      On December 23, 2022, Plaintiff, Chaim Schwartz ("Plaintiff"), commenced a civil action in the Supreme Court of the State of New York, County of Kings, styled *Chaim Schwartz v. Enhanced Recovery Company, LLC d/b/a ERC,* Index No. 537525/2022.

       2.      On January 6, 2023, a copy of the Complaint was served on ERC. This Notice of Removal is being filed within thirty days of ERC's receipt through service of Plaintiff's Complaint and, therefore, under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely and proper.

       3.      Additionally, pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind on file in the state and known to have been served by, or upon ERC, are attached hereto as composite **Exhibit "A."** Defendant is not aware of any further proceeding in the above-described civil action.

4. This Court possesses original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this civil action involves a federal question.

5. Plaintiff alleges that ERC violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. (the "FDCPA"), and New Yok General Business Law Section 349. The FDCPA is a law of the United States and, therefore, pursuant to 28 U.S.C. § 1441(a), these claims are removable to this Court.

6. Additionally, Plaintiff's state law claims arise from the same set of common allegations as his FDCPA claims. Accordingly, this Court has supplemental jurisdiction over these claims and they are properly removable to this Court. *See* 28 U.S.C. §§ 1367, 1441(c).

7. ERC will promptly file its Notice of Filing Notice of Removal, with a copy of this Notice of Removal, in the Office of the Clerk of the Court of Kings County. Defendant will also promptly provide a written copy of this Notice of Removal to Plaintiff.

8. ERC has complied with all conditions precedent to the removal of this action.

WHEREFORE, Defendant, Enhanced Recovery Company, LLC, respectfully gives notice that the above-described civil action now pending in the Supreme Court of the State of New York, County of Kings, is removed therefrom to this Court.

Dated: New York, New York
      January 26, 2023           **SMITH, GAMBRELL & RUSSELL, LLP**

                                    By:   /s/ *Edward J. Heppt*
                                          Edward J. Heppt
                                  1301 Avenue of the Americas, 21st Floor
                                  New York, New York 10019
                                  Tel: (212) 907-9700
                                  Fax: (212) 907-9800
                                  Email: eheppt@sgrlaw.com

                                  *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 26, 2023, I filed the foregoing with the Clerk of Court using the CM/ECF system and caused to be served a true and correct copy of the foregoing on the person below via electronic and First Class Mail:

Kara S. McCabe, Esq.
Jonathon M. Cader, Esq.
Craig B. Sanders, Esq.
SANDERS LAW GROUP
333 Earle Ovington Blvd., Ste. 402
Uniondale, NY 11553
Tel: 516-203-7624
Fax: 516-282-7878
kmccabe@sanderslaw.group
jcader@sanderslaw.group
csanders@sanderslaw.group

*Counsel for Plaintiff*

                                                                                          /s/ *Edward J. Heppt*
                                                                                            Edward J. Heppt